# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CASSIE MARIE ARNDT, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. CIV-18-206-D |
| CITY OF MEDICINE PARK, a political subdivision of the State of Oklahoma, *et al.*, | ) ) ) ) ) |
| Defendants. | ) |

## O R D E R

Before the Court is a Partial Motion to Dismiss [Doc. No. 49] filed by Defendant Sydnie Ruthart, seeking the dismissal of all official capacity claims asserted against her as set forth in Plaintiff's first Amended Complaint. Plaintiff has filed a Response [Doc. No. 52]. Therein, Plaintiff concedes Defendant's Motion, agreeing to abandon all claims against Defendant Sydnie Ruthart in her official capacity only. *See* Response at 1.

IT IS THEREFORE ORDERED that Defendant's Partial Motion to Dismiss [Doc. No. 49] is GRANTED. All claims asserted against Defendant Sydnie Ruthart in her official capacity are DISMISSED without prejudice to refiling.

**IT IS SO ORDERED** this 30th day of March, 2020.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge